UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ERIC C. SANDERS AND CARRIE SANDERS §<br>§ Plaintiffs §<br>§<br>V. §<br>§<br>OCWEN FINANCIAL SERVICES, INC., §<br>U.S. BANK NATIONAL ASSOCIATION, AS §<br>TRUSTEE FOR ASSET BACKED §<br>SECURITIES CORPORATION HOME §<br>EQUITY LOAN TRUST, SERIES OOMC §<br>2006-HE3, ASSET BACKED PASS- §<br>THROUGH CERTIFICATES, SERIES OOMC §<br>2006-HE3, AND BEXAR COUNTY §<br>§ Defendant. | CIVIL ACTION NO. 5:16-cv-252 |

## TEMPORARY RESTRAINING ORDER

1. After considering Plaintiff's motion for temporary restraining order, the Defendants' response, the pleadings, and the affidavits, the court finds there is evidence (1) that Plaintiff is likely to succeed on the merits, (2) that the Plaintiff is likely to suffer irreparable harm in the absence of preliminary relief, (3) that the balance of equities tips in their favor, and (4) that an injunction is in the public interest.

2. Therefore, by this order, the Court does the following:

    a. Restrains and enjoins Defendants Ocwen Financial Services, Inc., U.S. Bank National Association, As Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2006-HE3, Asset Backed Pass-Through Certificates, Series OOMC 2006-HE3 and Bexar County from implementing the order from the Justice of Peace Court, Precinct 3, evicting Plaintiffs from the home located at 3010 Sable Creek, San Antonio, Texas, 78259, until the hearing on Plaintiffs' motion for preliminary injunction.

    b. Determines that the hearing on Plaintiffs' motion for preliminary injunction is set for _____, 2016, at _____ am/pm.  The purpose of the hearing shall be to determine whether this temporary restraining order should be made a preliminary injunction pending trial on the merits.

    c. Sets bond at $_____

This order expires on _____, 2016, or two weeks from today, whichever is later.

    SIGNED on _____, 2016, at _____ am/pm.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/S/ R. Chris Pittard
R. Chris Pittard